# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2022

## NO. 03-21-00371-CV

**DeWayne Naumann, Theresa C. Gloier, and All Occupants, Appellants**

**v.**

**PIRA, LLC, Appellee**

---

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the judgment signed by the trial court on June 18, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.